# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand and fifteen.

Before:     Denny Chin,
                   *Circuit Judge*.

_____

United States of America,
    Appellee,

    v.

Feng Li, AKA Sealed Defendant 3, *et al.*,
    Defendants,

Shu Feng Xia, AKA Sealed Defendant 9, AKA Kevin LNU, Feng Ling Liu, Vanessa Bandrich, AKA Sealed Defendant 2,
    Defendants-Appellants.

_____

**ORDER**
Docket Nos. 14-3104 (L);
                  14-4390 (Con);
                  14-4581 (Con)

Appellant Feng Ling Liu moves for leave to file an oversized principal brief not to exceed 20,000 words.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court